IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSEPH J. LUZIER, III,

        Appellant,

 v.

Case No.  5D22-0049
LT Case No. 2016-CF-021386

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed May 31, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

Joseph J. Luzier, III, Sneads, pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED. *See Simmons v. State*, 47 Fla. L. Weekly D315 (Fla. 5th DCA Jan. 28, 2022).

WALLIS, SASSO and WOZNIAK, JJ., concur.